IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE SAKAMOTO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant.<br>                                       / | No. C 05-4019 SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER AS UNNECESSARY** |

      On November 1, 2006, plaintiff filed a "motion requesting court order" regarding defendant's failure to reimburse her $199.00 related to one of plaintiff's FOIA requests. On November 2, 2006, defendant filed the Declaration of Loiscene Watson, which states that on November 2, defendant completed its processing of plaintiff's reimbursement and forwarded a request to the United States Treasury Department for payment. Watson's declaration also states that upon receipt of defendant's reimbursement request, the Treasury will pay $199.00 to plaintiff by electronic funds transfer.

      Accordingly, the Court DENIES plaintiff's motion as it appears unnecessary for the Court to issue any further order regarding the reimbursement. (Docket No. 64). Plaintiff may seek appropriate relief from this Court in the event she does not receive the reimbursement.

      **IT IS SO ORDERED.**

Dated: November 17, 2006

                                                                               SUSAN ILLSTON<br>
                                                                           United States District Judge